1  Glenn Guenard, SBN 129453
GUENARD & BOZARTH, LLP
2  8830 Elk Grove Blvd.
Elk Grove, CA 95624
3  Telephone: (916) 714-7672
Facsimile: (916) 714-9031
4  Email: gguenard@gblegal.com

5  Attorneys for Plaintiff,
MILDRED BITTNER
6

7

8                    **UNITED STATES DISTRIC COURT**

9           **EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION**

10

| | |
|---|---|
| 11  **MILDRED BITTNER,** | Case No. 2:20–CV–01527–TLN–CKD |
| 12      Plaintiff, | *[Removal from the Superior Court of California, County of Sacramento, Case No. 34-2020-00280791]* |
| 13    v. | |
| 14  **KOHL'S, INC.,** | **STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT AND ORDER THEREON** |
| 15      Defendant(s). | |
| 16 | |

17        The Parties hereby stipulate to have this case remanded to Sacramento County Superior

18  Court pursuant to 28 USC § 1447. This stipulation is made by and between Plaintiff Mildred

19  Bittner ("Plaintiff") and Defendant Kohl's, Inc. ("Defendant")—by and through their respective

20  counsel of record.

21        The Parties agree that:

22        1.   On or about June 17, 2020, Plaintiff, a California resident, filed a complaint in

23  Sacramento County Superior Court, Case No. 34-2020-00280791;

24        2.   On or about July 30, 2020, Defendant, a Delaware corporation whose principal place

25  of business is Menomonee Falls, Wisconsin, removed the case to the United States District

26  Court, Eastern District of California, Case No. 2:20–CV–01527–TLN–CKD, based on diversity

27  jurisdiction;

28        3.   On or about August 10, 2020, Plaintiff, Plaintiff's counsel, and Defendant's counsel

1  entered into a stipulation limiting Plaintiff's damages to $74,999.99—exclusive of interest and

2  costs. A true and correct copy of the Stipulation is attached hereto and marked as **Exhibit A**.

3          4.   Thus, Plaintiff can prove that she would not be able to recover more than the

4  jurisdictional amount of $75,000.00—excluding interest and costs.

5          WHEREFORE, the parties hereby agree, stipulate, and request that this case be remanded

6  to Sacramento County Superior Court, Case No. 34-2020-00280791.

7

8  Dated:  August 19, 2020                    GUENARD & BOZARTH, LLP

9

10                                             _____/s/_____
                                               By: Glenn Guenard, Attorneys for
11                                             Plaintiff MILDRED BITTNER

12

13  Dated:  August 19, 2020                   LIVINGSTON LAW FIRM

14

15                                             _____/s/_____
                                               By: Crystal L. Van Der Putten, Attorneys for
16                                             Defendant KOHL'S, INC.

17

18                              **ORDER**

19          The Court, having reviewed the joint stipulation of the Parties, and good cause appearing

20  therefore, orders that this case be remanded to Sacramento County Superior Court, Case No. 34-

21  2020-00280791, and that each party shall bear its own attorneys' fees and costs incurred in

22  connection with the removal of this action to federal court and the remand.

23

24          **IT IS SO ORDERED.**

25  Dated:  August 19, 2020

26                                             _____
                                               Troy L. Nunley
27                                             United States District Judge

28

STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT AND ORDER THEREON - 2

# EXHIBIT A

1 | Crystal L. Van Der Putten - SBN 227262
LIVINGSTON LAW FIRM
2 | A Professional Corporation
3 | 1600 South Main Street, Suite 280
Walnut Creek, CA  94596
4 | Tel: (925) 952-9880
Fax: (925) 952-9881
5 | Email:

6 | Attorneys for Defendant
KOHL'S, INC.

7

8                    SUPERIOR COURT OF CALIFORNIA

9            COUNTY OF SACRAMENTO - UNLIMITED CIVIL

10 | MILDRED BITTNER,                        )  Case No. 34-2020-00280791
                                            )
11 |                    Plaintiff,          )  **STIPULATION LIMITING PLAINTIFF'S**
                                            )  **DAMAGES**
12 |        v.                               )
                                            )  Complaint Filed:  June 16, 2020
13 | KOHL'S, INC., et al.,                  )  Trial Date:  None
                                            )
14 |                    Defendants.          )
                                            )
15 | _____)

16        Plaintiff MILDRED BITTNER and defendant KOHL'S, INC., by and through their

17  respective counsel, hereby stipulate as follows:

18        WHEREAS, plaintiff MILDRED BITTNER commenced a civil action on June 16, 2020,

19  in Sacramento County Superior Court, Unlimited Jurisdiction, in the State of California, entitled

20  *Mildred Bittner v. Kohl's, Inc. et al.*, Case No. 34-2020-00280791.  In said action, plaintiff seeks

21  personal injury damages under theories of premises liability and general negligence arising from

22  an incident occurring on October 10, 2018, at the KOHL's store located 9650 Bruceville Road,

23  Elk Grove, California, and resulting in alleged injuries.

24        WHEREAS, plaintiff is a citizen of the State of California.

25        WHEREAS, KOHL's is a Delaware corporation whose principal place of business is

26  Menomonee Falls, Wisconsin.

27        WHEREAS, plaintiff's damages potentially exceed $74,999.99 (Seventy-Four Thousand

28  Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents).

---

*Bittner v. Kohl's, Inc., et al.*, Case No. 34-00280791
STIPULATION LIMITING PLAINTIFF'S DAMAGES

-1-

1    WHEREAS, the citizenship of the parties and the potential amount in controversy allow

2  for federal diversity jurisdiction.

3    WHEREAS, plaintiff agrees she will not seek damages for, nor collect any judgment in

4  excess of, $74,999.99 (Seventy-Four Thousand Nine Hundred Ninety-Nine Dollars and Ninety-

5  Nine Cents), exclusive of interest and costs, in the above-captioned action.

6    WHEREAS, KOHL's will not seek to remove this action to the United States District

7  Court on the basis of diversity jurisdiction given plaintiff's limitation on damages.

8    **IT IS SO STIPULATED.**

9  Dated: ~~July ___, 2020~~
   August 7, 2020

10

11                                                    **GUENARD & BOZARTH, LLP**

12                                                    By _____
                                                         Glenn S. Guenard
13                                                       Anthony C. Wallen
                                                         Attorneys for Plaintiff
14                                                       MILDRED BITTNER

15  Dated: August 10, 2020                           LIVINGSTON LAW FIRM

16

17

18                                                    By _____
                                                         Crystal L. Van Der Putten
19                                                       Attorneys for Defendant
                                                         KOHL'S, INC.

20

21

22  **APPROVAL OF PLAINTIFF**
    Dated: July 29, 2020
23

24  _Mildred Bittner_
       Mildred Bittner
25

26

27

28

_Bittner v. Kohl's, Inc., et al._, Case No. 34-00280791
STIPULATION LIMITING PLAINTIFF'S DAMAGES

-2-